# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

EDWIN MELENDEZ,

                Plaintiff,

-vs-                                        Case No. 6:05-cv-133-Orl-31JGG

DAVID GARCIA and
OFFICER FLORES

                Defendants.
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| MOTION: | MOTION FOR A PROTECTIVE INJUNCTION (Doc. No. 26) |
| FILED: | September 23, 2005 |
| THEREON it is RECOMMENDED that the motion be DENIED. | |

Plaintiff seeks an injunction against the entire Osceola Sheriff's Office as well as two Deputy Sheriffs, the named Defendants, in order to provide Plaintiff with "federal protection via a restraining order against the entire Osceola County [Sheriff's] Office" (Doc. No. 26). The Osceola County Sheriff's Office is not a party to this lawsuit, *see In re Infant Formula Antitrust Litig. v. Abbott Labs.*, 72 F.3d 842 (11th Cir. 1995), and Plaintiff has not complied with Fed. R. Civ. P. 65 and Local Rules 4.05 and 4.06. Accordingly, the Motion for a protective injunction should be denied.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 12, 2005.

_____
James G. Glazebrook
United States Magistrate Judge

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy