# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EDWIN MELENDEZ,**

**Plaintiff,**

**-vs-**                                                             **Case No.  6:05-cv-133-Orl-31JGG**

**DAVID GARCIA, OFFICER FLORES,**
**JOHN DOE I and JOHN DOE II,**

**Defendants.**

_____

## ORDER

On October 12, 2005, Magistrate Judge Glazebrook entered a Report and Recommendation

(Doc. 29), recommending that Plaintiff's Motion for Protective Order (Doc. 26) be denied.

Plaintiff filed a Motion for Reconsideration, construed as an objection to the Report (Doc. 33).

Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate

Judge.  It is, therefore

**ORDERED** that:

1.      That the Report and Recommendation of the Magistrate Judge is adopted and

confirmed;

2.      The objection of the Plaintiff is overruled;

2.      The Motion for Protective Order (Doc. 26) is denied.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 1, 2005.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE