**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDWIN MELENDEZ,**

        **Plaintiff,**

**-vs-**	Case No. 6:05-cv-133-Orl-31JGG

**DAVID GARCIA, OFFICER FLORES,**
**JOHN DOE I and JOHN DOE II,**

        **Defendants.**

_____

## ORDER

On January 26, 2006, Magistrate Judge Glazebrook issued a Report recommending that this case be dismissed with prejudice (Doc. 39). His recommendation is based on Plaintiff's numerous discovery violations and his failure to comply with the Court's Orders. Plaintiff (proceeding *pro se*) filed a response on January 31, 2006 (Doc 40) which the Court construes as an objection to the Report and Recommendation. Defendant responded on February 6, 2006 (Doc. 41).

Plaintiff's objection suggests that his recent failure to respond or comply was due to his being incarcerated from November 22, 2005 until January 29, 2006. However, the Court inquired of the state court and was advised that Plaintiff was incarcerated for only 3 days, from January 27 through 29, 2006. In any event, this excuse would not explain the many prior violations noted by the Magistrate Judge. Similarly, even if incarcerated, Plaintiff has a responsibility to respond to the Court's Orders and seek appropriate relief if unable to comply due to his present

circumstances.  Plaintiff sought no such relief.  Rather, consistent with his prior pattern of ignoring his litigation obligations, Plaintiff did nothing.  Accordingly, it is

**ORDERED** that the Report and Recommendation is CONFIRMED and ADOPTED as part of this Order.  This case is DISMISSED with prejudice, the case is removed from the October 2006 trial docket, and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 16, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party